## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JESSE STRIVELLI,**<br><br>        **Plaintiff,**<br><br><br>        **v.**<br><br>**JOHN DOE,**<br><br>        **Defendant.** | **DECLARATION OF JESSE STRIVELLI IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR EXPEDITED DISCOVERY**<br><br>**No.** |

1. My name is Jesse Strivelli.  I am a resident of Somerset County. I am over 18 years of age and if called upon to do so could competently testify to the truth of the statements below.

2. I make this declaration in support of my motions for a temporary restraining order and for expedited discovery.

3. Beginning on June 6, 2021 I purchased 37 smart contracts which automatically generate revenue in the form of cryptocurrency.  A chart of these contracts with their date of purchase is attached hereto as Exhibit 1.1

4. I maintain these smart contracts in two software wallets bearing the addresses 0xEFf06959F4D369E983601d3708D063618b88fc23 and 0xdd6764A664D09AF37deD6Fe46183145E6fB42fd0.  See Exhibit 1.2

5. Between June 6th and December 28th 2021 the smart contracts generated $177,081.71 for me.

6. I also kept a variety of cryptocurrency and other digital assets in these wallets which were valued on December 28th, 2021 at $67,885.47. See Exhibit 1.3

7. These wallets are encrypted and cannot be accessed without passcodes known as private keys.

8. On December 28th, 2021 I requested assistance with a technical issue from a community in a discord server. See Exhibit 1.4.

9. My request was answered by defendant John Doe, who stated that he or she could help me with the technical issue. See Exhibit 1.4

10. I trusted that John Doe would help me because I had both given and obtained help with technical issues in this community previously.

11. I permitted John Doe to have access to my computer using screen sharing software called Microsoft TeamViewer. See Exhibit 1.8

12. Instead of helping me, John Doe located and stole the private keys to the two software wallets in which I maintained the smart contracts and other assets.

13. John Doe immediately accessed and drained my wallets of the assets except for the 37 smart contracts, which are locked into the wallets and currently cannot be moved. See Exhibit 1.3.

14. John Doe placed all these assets into a wallet bearing the address: 0x1154b334285ae2aa67cd94268fe8c4d58e53e283

15. A record of the theft and the associated transaction identifiers is attached as Exhibit 1.3 & 1.5.

16. The smart contracts generate revenue in the form of cryptocurrency which is placed in the wallets.

17. Before John Doe stole the private keys to my wallets it had been my practiced to access my wallets and collect the cryptocurrency revenue approximately once a month.

18. I did this because every time I collect the cryptocurrency that accumulates in my wallets generated by the smart contracts, there is a transaction fee for moving the cryptocurrency out of my wallets.

19. Since John Doe stole the private keys to my wallets, John Doe has accessed my wallets at least 16 times and stolen $34,592 of the smart contract revenue. See Exhibit 1.5.

20. I have only been able to recover $14,090.31 profit from the smart contract revenue during that time.

21. Because there is a transaction fee every time, I move the smart contract revenue out of my wallets before John Doe steals it, I access my wallets much more frequently than I did before the theft. As a result, I have incurred $37,910.44 in transaction costs since the theft. See Exhibit 1.6.

22. At some point in the third quarter of 2022, it is my understanding that the smart contracts will become my migratable, which means the smart contracts will be able to be moved out of my wallets. See Exhibit 1.7.

23. When the smart contracts become migratable, John Doe will try to remove them from my wallets and I will lose the smart contracts permanently.

24. The value of the smart contracts themselves, based on what I paid for them, was $131,586.48. See Exhibit 1.1. This value does not account for the future revenue generated by the smart contracts.

I make this declaration under penalty of perjury under the laws of the State of New Jersey and the United States.

Dated: April 7, 2022

Jesse Strivelli