UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSE STRIVELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY<br><br>No. |

Plaintiff Jesse Strivelli has filed a motion to engage in expedited discovery. Plaintiff seeks leave to issue subpoenas to non-parties in order to identify the defendant in this case, and the location of the assets plaintiff alleges were stolen from him by John Doe.  Having reviewed the motion for expedited discovery and supporting evidentiary submissions, the Court

**ORDERS** and **ADJUDGES** as follows:

1. The plaintiff may request discovery from the non-parties listed below:

    Coinbase Global, Inc.
    StrongBlock, Inc.
    Gate Technology Incorporated
    Mek Global Limited
    FTX Trading Limited
    OpenSea, Inc.
    Microsoft Corporation

2. Within five (5) days of service of a subpoena in accordance with this Order, such non-parties shall produce the requested documents for accounts associated with the following wallet addresses:

| Exchange | Wallet Address |
|---|---|
| Coinbase | 88dcdd4a0a58b7e2208805d547043c37dca2b6dc |

1

| Coinbase | J3cd751e6b0078be393132286c442345e5dc49699 |
|---|---|
| Coinbase | b5d85cbf7cb3ee0d56b3bb207d5fc4b82f43f511 |
| StrongBlock | fbddadd80fe7bda00b901fbaf73803f2238ae655 |
| gate.io | b629e56db877ef4a13ceb6fa8ccd51344126c08c |
| KuCoin | f16e9b0d03470827a95cdfd0cb8a8a3b46969b91 |
| Crypto.com | 46340b20830761efd32832a74d7169b29feb9758 |
| FTX | 37b2b6801e6731f5bcc790463da51be360a205cb |
| OpenSea | 46683e62d890e8 b4e49c7260ecc31eae60b416ec |

   i. All documents related to the wallet address including account opening and closing, the identity of the account holder, all proofs of identification (such as government-issued photo ID), date of birth, Social Security Number, telephone number, electronic mail address, residential/mailing address, and Know Your Customer ("KYC") and Anti- Money Laundering ("AML").

   ii. All documents related to any other wallets or accounts controlled by the individual(s) identified in (i).

   iii. All documents related to transactions, funding, registered funding sources (i.e., bank accounts or other sources of funding tied to JOHN DOE's account[s]), and account holdings, including but not limited to transactions into or out of the following wallet address: (the "Wallet Address"):

   0x1154b334285aE2AA67Cd94268Fe8c4d58e53e283
   0x7e317e89fd677d4c986a7f45b112494bda25fe43
   9e1eba63a08b7aaf94918378dbb0d3b5eb599292
   e2b0f0737edade028a56b02862f94bb62ef05aec

   iv. Correspondence with, or related to, the individual(s) identified in (i).

3. With respect to non-party Microsoft Corporation, Plaintiff is authorized to discover material related to the machine ID of the computer used by John Doe while accessing plaintiff's computer.

4. Plaintiff is authorized to serve the nonparties by hand delivery USPS private postal carriers, email, or any adequate method reasonably calculated under the circumstances to afford the nonparty and opportunity to respond to the subpoena.

5. Any privacy interest that defended John Doe has concerning the documents requested by plaintiff are outweighed by the need to investigate and prosecute the theft and conversion alleged in the complaint. Such privacy concerns shall not be good cause for the subpoenaed party to withhold the requested material.

**IT IS SO ORDERED.**

Date:_____

_____

UNITED STATES DISTRICT JUDGE